UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS and REHABILITATION, et al.,<br><br>    Defendants. | No.  2:09-cv-0784 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2013, are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 41) is granted in part, and denied without prejudice to renewal in part;

3. Plaintiff's in forma pauperis status is revoked;

4. The court's June 22, 2009 order granting plaintiff's motion to proceed in forma pauperis is vacated;

5. Plaintiff is required to pay the $350.00 filing fee for this action in full within twenty-eight (28) days from the date of service of this order;

6. Plaintiff's failure to comply with this order will result in dismissal of this action for failure to pay the filing fee; and

7. If plaintiff pays the filing fee in full in compliance with this order, defendants may renew their application that plaintiff be required to post a security bond.

DATED: October 23, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE